# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AARON KITZLER

NO. 2021 KW 0244

**MAY 24, 2021**

---

In Re:     Aaron Kitzler, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 13-CR8-122103.

---

**BEFORE:     THERIOT, WOLFE, AND HESTER, JJ.**

　　　　**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the indictment, the commitment order, and all pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 20, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
　　FOR THE COURT